Sarah Wolk (SBN 251461)
srw@wolklevine.com
Zachary Levine (SBN 265901)
zjl@wolklevine.com
Michael J. Le (SBN 284521)
ml@wolklevine.com
Wolk & Levine, LLP
550 North Brand Boulevard, Suite 625
Glendale, California  91203
Telephone:   (818) 241-7499
Facsimile:   (323) 892-2324

Attorneys for Defendant
Valerie Herrera a/k/a Valerie Lee, an individual and d/b/a Amazon.com Seller Sirena0123

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc.,<br><br>      Plaintiff,<br><br> v.<br><br>Valerie Herrera a/k/a/ Valerie Lee, an individual and d/b/a as Amazon.com Seller Sirena0123, and Does 1-10, inclusive,<br><br>      Defendants. | Case No. CV13-4059 JAK (JCx)<br><br>AMENDED PROTECTIVE ORDER<br><br>Judge: Hon. Jacqueline Chooljian<br>Crtrm.: 20 |

ORDER

Based upon the representations of counsel, and good cause appearing therefore, the Court approves the Parties' Amended Stipulation for Protective Order filed on November 12, 2013, the terms of which shall be enforceable by this Court in all respects.

IT IS SO ORDERED.

Dated:  11/12/13            _____/s/_____
                    Honorable Jacqueline Chooljian
                    U.S. Magistrate Judge